JOHN P. WAINRIGHT, Appellant, v. MISSOURI
LUMBER & MINING COMPANY, Respondent.

**Springfield Court of Appeals, February 5, 1912.**

APPELLATE PRACTICE: Abstract: Preserving Matters of Ex-
ception. Where appellant on appeal claimed that the trial court
erred in the admission of evidence and in giving and refusing
instructions, and in overruling his motion for a new trial, but
his printed abstract failed to contain the evidence or instruc-
tions or anything that is required to be preserved by bill of
exceptions, such matters cannot be considered by the appellate
court.

Appeal from Texas Circuit Court.—*Hon. L. B.
Woodside*, Judge.

AFFIRMED.

*Orchard & Cunningham, Dooley & Hiett* for ap-
pellant.

*Lamar & Lamar, L. B. Shuck* and *W. J. Orr* for
respondent.

GRAY, J.—This action was instituted in Shannon
county to recover damages for personal injuries which
plaintiff claimed he sustained while in the employ of
defendant. The case was in this court on a former
appeal, and is reported in the 156 Mo. App. 512, 137
S. W. 53. The trial from which this appeal is pros-
ecuted resulted in a judgment in favor of plaintiff for
$250, and he appealed.

By motion, the respondent challenges the suffi-
ciency of appellant's abstract. The abstract contains
the pleadings, judgment, order of filing motion of new
trial and overruling same, affidavit for appeal and
order allowing same, and order of filing bill of excep-
tions, and nothing more. We gather from the brief
that appellant claims the court erred in the admis-

sion of evidence, and in giving and refusing instructions and overruling his motion for new trial. The abstract of the record does not contain the evidence or instructions. In fact, nothing that is required to be preserved by bill of exceptions is in this abstract, and therefore, no matter of exception can be considered.

We have examined the record proper, and as it shows no error against the appellant, the judgment must be affirmed. All concur.